IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

L. J. HAMILTON,

    Plaintiff,

v.                                                      CASE NO. 1:06-cv-00025-MP-AK

ANDRE CHRISTIAN SHIROMANI,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on plaintiff's Motion to Remand, Doc. 13. A hearing on this matter was scheduled for Thursday, April 20, 2006. Defendant, however, failed to show for the hearing. The court attempted to contact the defendant at the phone number listed in his most recent filing, but was unable to reach him. Attempts to reach the defendant at his previous employer were also unsuccessful. Furthermore, the plaintiff claims that they have not had any recent contact with the defendant, and that a visit to his apartment indicates that it may be abandoned (though there is no confirmation of this).

Regardless, the court finds that the motion is well-founded and grants plaintiff's motion to remand. Accordingly, this action is hereby remanded back to the County Court, Eight Judicial Circuit, in and for Alachua County, Florida. This court reserves jurisdiction for thirty days for the limited purpose of hearing any motion plaintiff wishes to file regarding the awarding of attorney fees and costs. If plaintiff wishes for such motion to be heard, they must file all appropriate pleadings within this time period.

      **DONE AND ORDERED** this *20th* day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge